Linda Claxton, SBN 125729
Leslie E. Wallis, SBN 128435
LEWIS FISHER HENDERSON CLAXTON & MULROY, LLP
12100 Wilshire Boulevard, Suite 730
Los Angeles, California 90025
(310) 820-3150 telephone
(310) 820-2830 facsimile

Attorney for Defendants
Schering-Plough Corpoation; Schering-Plough
Healthcare Products Sales Corporation;
Schering-Plough Healthcare Products, Inc.;
Schering Sales Corporation

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEPHEN JACKSON,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>SCHERING-PLOUGH; SCHERING-PLOUGH HEALTHCARE PRODUCTS SALES CORPORATION; SCHERING-PLOUGH HEALTHCARE PRODUCTS, INC.; SCHERING SALES CORPORATION and DOES 1 through 50, inclusive,<br><br>　　　　Defendant | Case No.: 1:06-cv-00157-AWI-DLB<br><br>**STIPULATION TO EXTEND DATE TO EXCHANGE RULE 26 INITIAL DISCLOSURES; ORDER** |

　　1.　　Pursuant to the Scheduling Order, the Parties' Rule 26 Initial Disclosures were due to be exchanged by May 25, 2006. Because Adam Corren, counsel for Plaintiff, is in trial and unable to complete the Initial Disclosures, the Parties agree that the Disclosures shall be exchanged no later than June 8, 2006.

　　2.　　Therefore, pursuant to Local Rule 6-144, the parties, through their counsel of record, stipulate that the Parties shall complete the exchange of their Rule 26 Initial Disclosures no later than June 8, 2006.

Dated: March 8, 2006_                    LAW OFFICES OF CORREN & CORREN

                                         By: s/Adam Blair Corren
                                             Adam Blair Corren
                                             Attorneys for Plaintiff
                                             Stephen Jackson

Dated: March 7, 2006                     LEWIS FISHER HENDERSON CLAXTON
                                         & MULROY, LLP

                                         By: s/Linda Claxton
                                             Linda Claxton
                                             Leslie E. Wallis
                                             Attorneys for Defendants
                                             Schering Sales Corporation

## **ORDER**

GOOD CAUSE APPEARING THEREFOR, IT IS HEREBY ORDERED that the date for the exchange of Rule 26 Initial Disclosures is hereby extended to June 8, 2006.

Date: May 26, 2006 _____        /s/ *Dennis L. Beck*
_____                       Dennis L. Beck
                                          U.S. Magistrate Judge