Frederick J Lewis, TN BN 00758
LEWIS FISHER HENDERSON CLAXTON & MULROY, LLP
6410 Poplar Avenue, Suite 300
Memphis, TN  38119
(901) 767-6160 telephone
(901) 767-7411 facsimile
fredl@lfhc.com

Attorneys for Defendant
Schering Sales Corporation

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEPHEN JACKSON,<br><br>Plaintiff,<br><br>v.<br><br>SCHERING-PLOUGH; SCHERING-PLOUGH HEALTHCARE PRODUCTS SALES CORPORATION; SCHERING-PLOUGH HEALTHCARE PRODUCTS, INC.; SCHERING SALES CORPORATION and DOES 1 through 50, inclusive,<br><br>Defendant | Case No.: 1:06-cv-00157-AWI-DLB<br><br>**STIPULATION AND ORDER AMENDING SCHEDULE ORDER** |

The parties having jointly moved the Court for a modification to the Scheduling Order with respect to discovery deadlines, pretrial and trial dates and for good cause shown, it is hereby ordered that the following dates shall be substituted for the dates in the Scheduling Order entered on April 26, 2006.

1

Discovery Deadlines:
    Non Expert: July 9, 2007
    Expert: July 30, 2007

Dispositive Motion Deadlines:
    Filing: August 9, 2007
    Hearing: September 10, 2007

Settlement Conference:
    July 31, 2007 at 10:00 a.m.

Non-Dispositive Motion Deadlines:
    Filing: October 10, 2007
    Hearing: October 31, 2007

The Pretrial Conference will be held on November 8, 2007 at 8:30 a.m.

The trial will be held on February 5, 2008 at 9:00 a.m.

IT IS SO ORDERED.

Dated:   **February 20, 2007**             **/s/ Dennis L. Beck**
3b142a                                          UNITED STATES MAGISTRATE JUDGE