Linda Claxton, SBN 125729
Leslie E. Wallis, SBN 128435
OGLETREE, DEAKINS, NASH, SMOAK AND STEWART, P.C.
12100 Wilshire Boulevard, Suite 730
Los Angeles, California 90025
(310) 820-3150 telephone
(310) 820-2830 facsimile
E-mail: lindac@lfhc.com
E-mail: lesliew@lfhc.com

Frederick J Lewis, TN BN 00758
OGLETREE, DEAKINS, NASH, SMOAK AND STEWART, P.C.
6410 Poplar Avenue, Suite 300
Memphis, TN  38119
(901) 767-6160 telephone
(901) 767-7411 facsimile
E-mail: fredl@lfhc.com

Attorneys for Defendant
Adam Blair Corren

LAW OFFICES OF CORREN & CORREN

El Dorado Executive Plaza

5345 N. El Dorado Street, Suite 7

Stockton, CA 95207

Phone: (209)478-2621

Facsimile: (209)478-3038

Attorney for Plaintiff

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEPHEN JACKSON,<br><br>         Plaintiff,<br><br>     v.<br><br>SCHERING-PLOUGH; SCHERING-PLOUGH HEALTHCARE PRODUCTS SALES CORPORATION; SCHERING-PLOUGH HEALTHCARE PRODUCTS, INC.; SCHERING SALES CORPORATION and DOES 1 through 50, inclusive,<br><br>         Defendant | Case No.: 1:06-cv-00157-AWI-DLB<br><br>**AGREED ORDER OF DISMISSAL** |

Upon representation of the parties that this matter has been resolved, this case is hereby dismissed with prejudice, each side to bear its own costs.

AGREED AND STIPULATED TO:

By:   /s/ Frederick J. Lewis
Frederick J. Lewis, Esquire, TN Bar #007859
Linda Claxton, Esquire, SBN 125729
Leslie E. Wallis, SBN 128435
OGLETREE, DEAKINS, NASH, SMOAK AND STEWART, P.C.
6410 Poplar Avenue, Suite 300
Memphis, TN 38119
Phone: (901) 767-6160
Facsimile: (901) 767-7411

Counsel for Defendant, Schering Sales Corporation


By:   /s/ Adam Blair Corren
Adam Blair Corren, Esquire
LAW OFFICES OF CORREN & CORREN
El Dorado Executive Plaza
5345 N. El Dorado Street, Suite 7
Stockton, CA 95207
Phone: (209)478-2621
Facsimile: (209)478-3038

Attorneys for Plaintiff, Stephen Jackson



**ORDER**

The parties seek dismissal of this action.  Rule 41(a) of the Federal Rules of Civil Procedure, in relevant part, reads:

> an action may be dismissed by the plaintiff without order of court (i) by filing a notice of dismissal at any time before service by the adverse party of an answer or of a motion for summary judgment, whichever first occurs, or (ii) by filing a stipulation of dismissal signed by all parties who have appeared in the action. Unless otherwise stated in the notice of dismissal or stipulation, the dismissal is without prejudice, except that a notice of dismissal operates as an adjudication

upon the merits when filed by a plaintiff who has once dismissed in any court of the United States or of any state an action based on or including the same claim.

Rule 41(a)(1)(ii) thus allows the parties to dismiss an action voluntarily, after service of an answer, by filing a written stipulation to dismiss signed by all of the parties who have appeared, although an oral stipulation in open court will also suffice. Carter v. Beverly Hills Sav. & Loan Asso., 884 F.2d 1186, 1191 (9th Cir. 1989); Eitel v. McCool, 782 F.2d 1470, 1472-73 (9th Cir. 1986). Once the stipulation between the parties who have appeared is properly filed or made in open court, no order of the court is necessary to effectuate dismissal. Fed. R. Civ. Pro. 41(a)(1)(ii); Eitel, 782 F.2d at 1473 n.4. Because Plaintiff has filed a stipulation for dismissal with prejudice as to all parties under Rule 41(a)(1)(ii) that is signed by all parties who have made an appearance, this case has terminated. See Fed. R. Civ. Pro. 41(a)(1)(ii); In re Wolf, 842 F.2d at 466; Gardiner, 747 F.2d at 1189; see also Gambale, 377 F.3d at 139; Commercial Space Mgmt, 193 F.3d at 1077; cf. Wilson, 111 F.3d at 692.

Therefore, IT IS HEREBY ORDERED that this action is DISMISSED and the Clerk of the Court is DIRECTED to close this case in light of the parties' filed and signed Rule 41(a)(1)(ii) Stipulation For Dismissal With Prejudice.

IT IS SO ORDERED.

**Dated:     December 6, 2007**             /s/ Anthony W. Ishii
                                                          UNITED STATES DISTRICT JUDGE